UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

———

JACKSON CHARLES JACOBS,

    Plaintiff,

v.

T. COREY SPIKER et al.,

    Defendants.
_____/

Case No. 2:22-cv-151

Honorable Maarten Vermaat

## **JUDGMENT**

In accordance with the opinion issued this date:

**IT IS ORDERED** that Plaintiff's action is **DISMISSED WITH PREJUDICE** on grounds of immunity and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated: August 29, 2022

/s/ *Maarten Vermaat*
Maarten Vermaat
United States Magistrate Judge